UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERENCE HENDERSON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>                              Defendant. | 24cv5016 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 2, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 3, 2025
             New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge